

# MANDATE

## The Fourteenth Court of Appeals

### NO. 14-11-01088-CV

Tanglewood Homes Association, Inc. Appellant

v.

Stewart A. Feldman, Marla B. Feldman, and Michael T. Kelly, Trustee, Appellees

Appealed from the 80th District Court of Harris County. (Tr. Ct. No. 2008-65420). Opinion delivered by Justice Busby. Chief Justice Frost also participating.

## TO THE 80TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:

Before our Court of Appeals on April 30, 2014, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

This cause, a consolidated appeal from the judgment in favor of appellees and cross-appellants, Stewart A. Feldman, Marla B. Feldman, and Michael T. Kelly, Trustee, signed, December 22, 2011, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore **REVERSE** the portion of the trial court's judgment awarding monetary damages to Stewart A. Feldman, Marla B. Feldman, and Michael T. Kelly, Trustee, and we **RENDER** judgment that they take nothing on their causes of action seeking monetary damages. In addition, we **REVERSE** the portion of the trial court's judgment awarding attorneys' fees to Stewart A. Feldman, Marla B. Feldman, and Michael T. Kelly, Trustee, and **RENDER** judgment that they take nothing on their claims for attorneys' fees. We **AFFIRM** the remainder of the judgment.

We further order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Kem Thompson Frost, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, July 31, 2015.

CHRISTOPHER A. PRINE, CLERK

2